# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,** | ) |
| | **)** |
| **BLOOMBERG L.P.,** | ) |
| 731 Lexington Ave | ) |
| New York, NY 10022 | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **U.S. DEPARTMENT OF** | ) |
| **HOMELAND SECURITY,** | ) |
| 2707 Martin Luther King Jr. Ave SE | ) |
| Washington, D.C. 20528 | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT

1.      Plaintiffs JASON LEOPOLD and BLOOMBERG L.P. bring this suit to compel Defendant U.S. DEPARTMENT OF HOMELAND SECURITY to discharge its obligations under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), including by conducting a reasonable search, issuing a determination, and producing records from the Office of the Inspector General related to the agency's investigation involving Customs and Border Protection Office Timothy Routch and his relationship with Jeffrey Epstein.

## PARTIES

2.      Plaintiff JASON LEOPOLD is an investigative reporter at Bloomberg News and is one of the FOIA requesters in this case.

3.      Plaintiff BLOOMBERG L.P. is the owner and operator of Bloomberg News. Bloomberg's newsroom of more than 2,700 journalists and analysts delivers thousands of stories a day, producing content that is featured across multiple platforms, including digital, TV, radio,

streaming video, print, and live events.  BLOOMBERG L.P. is one of the FOIA requesters in this case.

4.    Defendant U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS") is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

### JURISDICTION AND VENUE

5.    This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court.  *See* 28 U.S.C. § 1331.

6.    Venue is proper under 5 U.S.C. § 552(a)(4)(B).

### FEBRUARY 27, 2026 FOIA REQUEST TO DHS

7.    On February 27, 2026, Plaintiffs submitted a FOIA request to DHS seeking the following records from the Office of the Inspector General:

> 1. A copy of the final report of investigation, including the closing memorandum, referral letter and/or any recommended action, related to the DHS OIG investigation involving Customs and Border Protection Officer Timothy Routch and his relationship with Jeffrey Epstein.
>
> The investigation by DHS OIG was opened in October 2019. The following file number may be helpful to assist in your search: 201911168. By way of background, the details of the DHS OIG investigation and the disclosure of Mr. Routch's name were disclosed in emails the Department of Justice released in January in response to the Epstein Files Transparency Act. Therefore, any attempt to cite Exemption 6 as it would apply to only Mr. Routch's identity would be improper.

8.    A true and correct copy of the FOIA request is attached as Exhibit 1.

9.    DHS did not send any correspondence to Plaintiffs regarding this request.

10.    As of the date of this filing, DHS has not issued a determination on Plaintiffs' request.

11.    As of the date of this filing, DHS has failed to make any responsive records promptly available to Plaintiffs.

## COUNT I – DHS' FOIA VIOLATION

12. Paragraphs 1-11 are incorporated by reference.

13. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

14. Defendant DHS is a federal agency subject to FOIA.

15. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

16. Defendant DHS has failed to conduct a reasonable search for records responsive to the request.

17. Defendant DHS has failed to issue a determination within the statutory deadline.

18. Defendant DHS has failed to produce records responsive to the request.

**WHEREFORE**, Plaintiffs ask the Court to:

i. declare that Defendant has violated FOIA;

ii. order Defendant to conduct a reasonable search for records and to produce the requested records promptly;

iii. enjoin Defendant from withholding non-exempt public records under FOIA;

iv. award Plaintiffs attorneys' fees and costs; and

v. award such other relief the Court considers appropriate.

Dated: April 27, 2026

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiffs
JASON LEOPOLD,
BLOOMBERG L.P.

Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
222 Sutter Street, Suite 600A
San Francisco, CA 94108
(312) 243-5900
foia@loevy.com